1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SONIA AMEZCUA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:08-cr-00067 LJO
                                        )
12                    Plaintiff,        )   STIPULATION TO CONTINUE MOTIONS
                                        )   SCHEDULE AND HEARING DATE;  ORDER
13         v.                           )   THEREON
                                        )
14   SONIA AMEZCUA,                     )   Date:  October 3, 2008
                                        )   Time:  9:00 A.M.
15                    Defendant.        )   Judge: Hon. Lawrence J. O'Neill
                                        )
16   _____  )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel, that a new motions schedule be set as follows: motions in the above-captioned matter now due

20   August 22, 2008, shall be filed on or before September 5, 2008, responses shall be filed on or before

21   September 26, 2008, and **the motions hearing now set for September 19, 2008, may be continued to**

22   **October 3, 2008, at 9:00 A.M.**

23         This continuance is requested by counsel for Defendant to allow him additional time for defense

24   preparation and investigation, to allow  him time to review discovery and prepare any motions to be filed,

25   and to allow the parties additional time for negotiation.  The requested continuance will conserve time and

26   resources for all parties and the court.

27   ///

28   ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and

4  3161(h)(8)(B)(i) and (iv).

5          McGREGOR W. SCOTT
        United States Attorney

6

7  DATED:  August 20, 2008      By:  /s/ Karen Escobar
        KAREN ESCOBAR

8          Assistant United States Attorney
        Attorney for Plaintiff

9

10          DANIEL J. BRODERICK
        Federal Public Defender

11

12  DATED:  August 20, 2008      By:  /s/  Victor M. Chavez
        VICTOR M. CHAVEZ

13          Assistant Federal Defender
        Attorneys for Defendant

14          SONIA AMEZCUA

15

16

17  **O R D E R**

18  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and

19  3161(h)(8)(B)(i) and (iv).

20

IT IS SO ORDERED.

21

**Dated:    August 20, 2008**      **/s/ Lawrence J. O'Neill**

22          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation to Continue Motions Schedule
and Hearing Date;[Proposed] Order Thereon    -2-