DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SONIA AMEZCUA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00067 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON |
| v. | |
| SONIA AMEZCUA, | |
| Defendant. | Date: March 12, 2010<br>Time: 9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that sentencing in this case presently set for February 26, 2010 at 8:30 a.m. may be continued to March 12, 2010 at 8:30 a.m. The parties further agree to and request that the Court adopt the following schedule: Defendant's Informal Objections shall be filed by February 19, 2010; Formal Objections shall be filed by March 5, 2010.

The above modifications have been proposed by the defendant as additional time is needed to complete investigation and legal research.

///

///

///

///

|   |   |
|---|---|
|   | LAWRENCE BROWN<br>United States Attorney |
| DATED: February 12, 2010 | By:  /s/ Karen Escobar<br>KAREN ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: February 12, 2010 | By:  /s/  Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorneys for Defendant<br>SONIA AMEZCUA |

## **O R D E R**

In light of the fact that defense counsel has been occupied preparing for, and then in trial during the past two weeks, the Court finds good cause for the continuance.  The request is granted.

IT IS SO ORDERED.

**Dated:    February 12, 2010**           /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule
and Hearing Date;[Proposed] Order Thereon                -2-